FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2003 DEC 17 P 3:04

U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIPT # 52604
AMOUNT $ 150-
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE 12-15-03

|  |  |
|---|---|
| BROOKE K. WHITMAN, Individually and as Mother and Next Friend of SAMANTHA-KATE WHITMAN, a minor, and JOEL., WHITMAN, Individually<br><br>Plaintiffs,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., CHANNEL ONE COMMUNICATIONS CORPORATION, d/b/a CHANNEL ONE NETWORK, and PRIMEDIA, INC.<br><br>Defendants. | Civil Action No.<br>MAGISTRATE JUDGE Collings<br><br>**03 CV 12543 RGS** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C., §§1441 and 1446, defendant files this Notice removing this action from Suffolk Superior Court to this court and asserts as a short and plain statement of the grounds in support the following:

1. Plaintiffs filed a civil action against defendants in Suffolk Superior Court, entitled Brooke Whitman, et al. v. Automatic Data Processing, Inc. et al., Civil Action No. 03-4789. The Complaint alleges, inter alia, that plaintiffs sustained persona injuries as a result of certain actions by the defendants in connection with the payroll and income reporting relating to plaintiff Brooke Whitman [Complaint, ¶¶ 7-21] The Complaint alleges claims for negligence, negligent infliction of emotional distress and loss of consortium. [Complaint at p. 2]

2. The Complaint alleges that plaintiffs are individuals residing in Massachusetts. [Complaint, ¶¶ 1-3]. It alleges also that defendant Automatic Data Processing, Inc. is a "corporation registered to do business in Massachusetts with a principal place of business" in New Jersey. [Complaint at ¶ 4]. In fact, defendant Automatic Data Processing, Inc. is a Delaware corporation with its principal place of business in New Jersey. The co-defendant Channel One Communications Corporation, d/b/a Channel One Network is alleged to be a corporation "registered to do business in the Commonwealth of Massachusetts with a principal place of business" in New York, New York." [Complaint at ¶ 4]. On information and belief, Channel One Communications is a subsidiary of co-defendant Primedia, Inc. and is a Delaware corporation. Co-defendant Primedia, Inc. is Delaware corporation with a principal place of business in New York. [Complaint ¶ 6]. Neither Channel One Communications Corporation nor Primedia, Inc. have appeared in this action.

3. Although the Complaint does not specifically assert that the amount in controversy exceeds $75,000, other allegations make it plain that plaintiffs claim an amount well in excess of that sum, including a "Civil Action Cover Sheet" filed with the Complaint alleging medical, hospital and lost wages expenses of $350,000.

4. As established by the allegations of the Complaint and other pleadings and papers filed with it, this case is removable as a civil action in which the named defendants are not a citizen of Massachusetts.

5. Defendant Automatic Data Processing, Inc. "received" a copy of the initia pleading and other papers setting forth the claim for relief and a summons within the meaning of 28 U.S.C., §1446(b) on November 17, 2003. Defendant expressly reserves all defenses,

procedural and substantive.

6. A copy of all process and pleadings received is attached hereto as Exhibit A.

Respectfully submitted,

AUTOMATIC DATA PROCESSING, INC.,
By its attorneys,

_____
Paul R. DeRensis, BBO #121000
Robert D. Hillman, BBO #552637
DEUTSCH WILLIAMS BROOKS
    DeRENSIS & HOLLAND P.C.
99 Summer Street
Boston, MA 02110-1235
(617) 951-2300

Date: December 17, 2003

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by *first-class mail* on this date.

_____

DWLIB 147583v1
101/18

3