UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BROOKE K. WHITMAN, Individually and as Mother and Next Friend of SAMANTHA KATE WHITMAN, a minor, and JOEL WHITMAN, Individually,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., CHANNEL ONE COMMUNICATIONS CORPORATION, d/b/a CHANNEL ONE NETWORK, and PRIMEDIA, INC.,<br><br>　　　　Defendants. | Civil Action No. 03-CV-12543RGS |

### DEFENDANTS PRIMEDIA, INC. AND CHANNEL ONE COMMUNICATIONS CORPORATION'S ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendants Primedia, Inc. ("Primedia") and Channel One Communications Corporation d/b/a Channel One Network ("Channel One") hereby move, pursuant to Fed. R. Civ. P. 6(b), that the time within which they must respond to plaintiffs' First Amended Complaint and Jury Claim be extended to and including January 26, 2004. As grounds for this Motion, Primedia and Channel One state:

1. Plaintiffs filed their First Amended Complaint and Jury Claim in Suffolk Superior Court on October 20, 2003.

2. Defendants Primedia and Channel One accepted service of the First Amended Complaint and Jury Claim on or about November 17, 2003.

3.  On or about December 8, 2003, Counsel for the Plaintiffs agreed to extend Primedia and Channel One's time to respond to the First Amended Complaint and Jury Claim to January 17, 2004.

4.  Defendant Automatic Data Processing, Inc. removed this action from Suffolk Superior Court to this Court on December 17, 2003.

5.  Defendants Primedia and Channel One did not learn that this action had been removed from Suffolk Superior Court to this Court until January 15, 2004 and require additional time to fully respond to the issues raised by the plaintiffs.

6.  Counsel for the plaintiffs, Norman J. Fine, Esq., has assented to this motion.

Respectfully submitted,

PRIMEDIA, INC. and CHANNEL ONE
COMMUNICATIONS CORPORATION

By their Attorneys,

*/s/ Kristin Sostowski*

Michael D. Kendall (BBO #544866)
Kristin D. Sostowski (BBO #652770)
McDermott, Will & Emery
28 State Street
Boston, MA 02109
(617) 535-4000

Dated: January 16, 2004

CERTIFICATION OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 1/16/04
*/s/ Kristin Sostowski*