UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKE K. WHITMAN, Individually and as Mother and Next Friend of SAMANTHA KATE WHITMAN, a minor, and JOEL WHITMAN, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., CHANNEL ONE COMMUNICATIONS CORPORATION, d/b/a CHANNEL ONE NETWORK, and PRIMEDIA, INC.,<br><br>Defendants. | Civil Action No. 03-CV-12543RGS |

## NOTICE OF APPEARANCE OF KRISTIN D. SOSTOWSKI

Please enter the appearance of Kristin D. Sostowski of McDermott, Will & Emery, 28 State Street, Boston, Massachusetts, on behalf of the defendants Primedia, Inc. and Channel One Communications Corporation in the above-captioned action.

Respectfully submitted,

PRIMEDIA, INC. and CHANNEL ONE
COMMUNICATIONS CORPORATION

By their Attorneys,

*/s/ Kristin Sostowski*
Michael D. Kendall (BBO #544866)
Kristin D. Sostowski (BBO #652770)
McDermott, Will & Emery
28 State Street
Boston, MA 02109
(617) 535-4000

Dated: January 16, 2004

CERTIFICATION OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 1/16/04

*/s/ Kristin Sostowski*

BST99 1390957-1.051618.0015