UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKE K. WHITMAN, Individually and as Mother and Next Friend of SAMANTHA KATE WHITMAN, a minor, and JOEL WHITMAN, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., CHANNEL ONE COMMUNICATIONS CORPORATION, d/b/a CHANNEL ONE NETWORK, and PRIMEDIA, INC.,<br><br>Defendants. | Civil Action No. 03-CV-12543RGS |

### DEFENDANTS PRIMEDIA, INC. AND CHANNEL ONE COMMUNICATIONS CORPORATION'S MOTION TO DISMISS

Defendants Primedia, Inc. and Channel One Communications Corporation move pursuant to Fed. R. Civ. P. 12(b)(6) that the Court dismiss the plaintiffs' First Amended Complaint for failure to state a claim upon which relief may be granted.

As set forth more fully in the accompanying memorandum of law, the plaintiffs cannot recover under any count against Primedia or Channel One as a matter of law because:

>(1) the plaintiffs allege only that Primedia is Channel One's parent corporation and fail to assert any basis for piercing the corporate veil; and

>(2) the plaintiffs fail to allege that Primedia or Channel One took any action or made any omission that harmed the plaintiffs.

WHEREFORE, defendants Primedia, Inc. and Channel One Communications Corporation request that the Court dismiss all counts of the plaintiffs' First Amended Complaint.

Respectfully submitted,

PRIMEDIA, INC. and CHANNEL ONE COMMUNICATIONS CORPORATION

By their Attorneys,

*Kristin Sostowski*
Michael Kendall (BBO #544866)
Kristin D. Sostowski (BBO #652770)
McDermott, Will & Emery
28 State Street
Boston, MA 02109
(617) 535-4000

Dated: January 26, 2004

CERTIFICATION OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 1/26/04
*Kristin Sostowski*

- 2 -

*A Partnership Including
Professional Corporations*
28 State Street
Boston, MA 02109-1775
617-535-4000
Facsimile 617-535-3800
www.mwe.com

Boston
Chicago
London
Los Angeles
Miami
Munich
New York
Orange County
Silicon Valley
Washington, D.C.

# McDermott, Will & Emery

January 26, 2004

**BY HAND DELIVERY**

Mr. Tony Anastas, Clerk
United States District Court
  for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

   Re: Brooke K. Whitman, et al. v. Automatic Data Processing, Inc., et al.
     <u>Civil Action No. 03-CV-12543RGS</u>

Dear Mr. Anastas:

  Enclosed for filing please find the following documents:

1. Defendants Primedia, Inc. and Channel One Communications Corporation's Motion to Dismiss; and

2. Defendants Primedia, Inc. and Channel One Communications Corporation's Memorandum of Law in Support of Their Motion to Dismiss.

  Kindly date stamp and return copies of these documents with the messenger who has been instructed to wait. Thank you for your time.

            Very truly yours,

            *Kristin Sostowski*

            Kristin D. Sostowski

Enclosures

cc: Michael D. Kendall, Esq.
   Norman J. Fine, Esq. (by hand)
   Robert C. Anderson, Esq. (by overnight mail)
   Robert D. Hillman, Esq. (by hand)