# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 FEB 20  A 11: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BROOKE K. WHITMAN, Individually and as Mother and Next Friend of SAMANTHA KATE WHITMAN, a minor, and JOEL WHITMAN, Individually <br><br> Plaintiffs <br><br> vs. <br><br> AUTOMATIC DATA PROCESSING, INC., CHANNEL ONE COMMUNICATIONS CORPORATION, d/b/a CHANNEL ONE NETWORK, and PRIMEDIA, INC. <br><br> Defendants | Civil Action No. <br> 03-CV-12543RGS |

## PLAINTIFFS' MOTION TO CONTINUE SCHEDULING CONFERENCE UNDER LOCAL RULE 16.1
### (Assented To)

Now come the plaintiffs and move that the scheduling conference pursuant to Local Rule 16.1, which is scheduled for February 26 at 3:00 p.m., be continued. As grounds, plaintiffs say that the parties have so far not been able to meet, and to prepare and file a Joint Statement regarding discovery and other issues, as required by Local Rule 16.1(D), and that they need some additional time for this. Plaintiffs also say that all the parties assent to this Motion.

WHEREFORE, plaintiffs move that the Rule 16.1 scheduling conference which is now scheduled for February 26 at 3:00 p.m., be continued to another date at the Court's discretion, having in mind the parties' need to meet, and then prepare and file a Joint Statement as required by the Rule.

Dated: 2/19/04

Plaintiffs,
By Their Attorneys,

_____
Norman J. Fine, Esq. (BBO #165280)
Robert Anderson, Esq. (BBO #018520)
NORMAN J. FINE, P.C.
200 State Street - 3 North
Boston, MA 02109
(617) 345-0000


The Defendant, Automated Data Processing, Inc.
By Its Attorney,

_____ NF pm tel. auth. 2/19/04
Paul R. DeRensis, Esq. (BBO #121000
Robert D. Hillman, Esq. (BBO #552637)
DEUTSCH WILLIAMS BROOKS,
DeRENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300


The Defendant, Channel One
Communications Corporation,
By Its Attorneys,

_____ NF pm tel auth 2/19/04
Michael D. Kendall, Esq. (BBO #544866)
Kristin D. Sostowski, Esq. (BBO #652770)
McDERMOTT, WILL & EMERY
28 State Street
Boston, MA 02109
(617) 535-4000

-2-

LAW OFFICES OF
# NORMAN J. FINE, P.C.
MARKETPLACE CENTER
200 STATE STREET - 3 NORTH
BOSTON, MASSACHUSETTS 02109

FILED
CLERKS OFFICE

2004 FEB 20  A 11: 38

U.S. DISTRICT COURT
DISTRICT OF MASS

TELEPHONE
(617) 345-0000

FACSIMILE
(617) 439-4434

**BY FAX AND HAND DELIVERY**                      February 19, 2004

Ms. Mary Johnson, Clerk
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:   Brooke K. Whitman, et al. v. Automatic Data Processing, Inc., et al.
      Civil Action No: 03-CV-12543RGS

Dear Ms. Johnson:

Enclosed for filing please find the following:

Plaintiffs' Motion to Continue Scheduling Conference Under
Local Rule 16.1 (Assented To).

Kindly record this information on the docket and present same to the Court for its attention as soon as practicable. Thank you.

Very truly yours,

Norman J. Fine

Encl.
Cc:   Michael D. Kendall, Esq. (By FAX and mail)
      Robert D. Hillman, Esq. (By FAX and mail)
      Robert C. Anderson, Esq. (By FAX)

LAW OFFICES OF
## NORMAN J. FINE, P.C.
MARKETPLACE CENTER
200 STATE STREET - 3 NORTH
BOSTON, MASSACHUSETTS 02109

TELEPHONE
(617) 345-0000

FACSIMILE
(617) 439-4434

*FILED CLERK'S OFFICE*
*FEB 20 A 11: 38*
*DISTRICT COURT*
*DISTRICT OF MASS.*

# FAX COVER SHEET

TO:  NAME:      Mary Johnson
     FAX NO.:   (617) 748-9096
     RE:        Whitman v. Automatic Data Processing, et al.
                Civil Action No. 03-12543 RGS

FROM:   Norman J. Fine, Esq.

TOTAL NUMBER OF PAGES: This Cover Sheet Plus  3

DATE:   February 19, 2004
ORIGINAL(S)   **WILL**   BE MAILED

Dear Ms. Johnson:

Enclosed is a Motion to Continue the scheduling conference in this matter, which has been **assented to** by all parties. Please recall that we discussed this case yesterday and you suggested I FAX you a copy of it as soon as possible.

Please also note that there is no suggested date in the Motion for the rescheduling of the conference. That is because I understand that the Court will set the date on its own. However, in order to avoid any further issues with scheduling, if the Court were going to allow the Motion, I would be pleased to speak with all counsel and you about a new date, before any new date is put into an Order.

Thank you.       Norman J. Fine

Cc:    All counsel