UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKE K. WHITMAN, Individually and as Mother and Next Friend of SAMANTHA KATE WHITMAN, a minor, and JOEL WHITMAN, Individually<br><br>**Plaintiffs**<br><br>vs.<br><br>AUTOMATIC DATA PROCESSING, INC., CHANNEL ONE COMMUNICATIONS CORPORATION, d/b/a CHANNEL ONE NETWORK, and PRIMEDIA, INC.<br><br>**Defendants** | Civil Action No.<br>03-CV-12543RGS |

**PLAINTIFFS' MOTION TO CONTINUE SCHEDULING CONFERENCE UNDER LOCAL RULE 16.1**
(Assented To)

Now come the plaintiffs and move that the scheduling conference pursuant to Local Rule 16.1, which is scheduled for February 26 at 3:00 p.m., be continued. As grounds, plaintiffs say that the parties have so far not been able to meet, and to prepare and file a Joint Statement regarding discovery and other issues, as required by Local Rule 16.1(D), and that they need some additional time for this. Plaintiffs also say that all the parties assent to this Motion.

WHEREFORE, plaintiffs move that the Rule 16.1 scheduling conference which is now scheduled for February 26 at 3:00 p.m., be continued to another date at the Court's discretion, having in mind the parties' need to meet, and then prepare and file a Joint Statement as required by the Rule.

Dated: 2/19/04

Plaintiffs,
By Their Attorneys,

*/s/ Norman J. Fine*

Norman J. Fine, Esq. (BBO #165280)
Robert Anderson, Esq. (BBO #018520)
NORMAN J. FINE, P.C.
200 State Street - 3 North
Boston, MA 02109
(617) 345-0000


The Defendant, Automated Data Processing, Inc.
By Its Attorney,

*/s/ Robert D. Hillman* NF per tel. auth. 2/19/04

Paul R. DeRensis, Esq. (BBO #121000)
Robert D. Hillman, Esq. (BBO #552637)
DEUTSCH WILLIAMS BROOKS,
DeRENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300


The Defendant, Channel One
Communications Corporation,
By Its Attorneys,

*/s/ Michael D. Kendall* NF per tel auth 2/19/04

Michael D. Kendall, Esq. (BBO #544866)
Kristin D. Sostowski, Esq. (BBO #652770)
McDERMOTT, WILL & EMERY
28 State Street
Boston, MA 02109
(617) 535-4000

-2-