UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKE K. WHITMAN, Individually and as Mother and Next Friend of SAMANTHA KATE WHITMAN, a minor, and JOEL WHITMAN, Individually<br><br>Plaintiffs<br><br>vs.<br><br>AUTOMATIC DATA PROCESSING, INC., CHANNEL ONE COMMUNICATIONS CORPORATION, d/b/a CHANNEL ONE NETWORK, and PRIMEDIA, INC.<br><br>Defendants | Civil Action No.<br>03-CV-12543RGS |

## PLAINTIFFS' CERTIFICATION
## PURSUANT TO LOCAL RULE 16.1(D)(3)

Now come Norman J. Fine, Esq., Brooke Whitman, Individually and as authorized representative of her daughter, Samantha Kate Whitman, and Joel Whitman, and pursuant to Local Rule 16.1 (D)(3), hereby certify that they have conferred:

(a) With a view to establishing a budget for costs of conducting the full course - and various alternative courses - of this litigation; and

(b) To consider the resolution of this case through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: 3/15/04

Norman J. Fine, Esq. (BBO #165280)
NORMAN J. FINE, P.C.
200 State Street - 3 North
Boston, MA 02109
(617) 345-0000

_____
Brooke Whitman, Individually and
as Mother and Next Friend of
Samantha Kate Whitman

_____
Joel Whitman