UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 APR 20 A 11: 23

DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| BROOKE K. WHITMAN, Individually and as Mother and Next Friend of SAMANTHA KATE WHITMAN, a minor, and JOEL WHITMAN, Individually,<br><br>　　　Plaintiffs,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC. AND CHANNEL ONE COMMUNICATIONS CORPORATION, d/b/a CHANNEL ONE NETWORK,<br><br>　　　Defendants. | Civil Action No. 03-CV-12543RGS |

## NOTICE OF WITHDRAWAL

Please withdraw the appearances of Michael Kendall and Kristin Sostowski and the law firm of McDermott, Will & Emery as counsel for the defendant, Channel One Communications Corporation in this action. Successor counsel has filed a Notice of Appearance on behalf of defendant with this court on this date.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　CHANNEL ONE COMMUNICATIONS

　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Michael D. Kendall (BBO #544866)
　　　　　　　　　　　　　　　　Kristin D. Sostowski (BBO #652770)
　　　　　　　　　　　　　　　　McDermott, Will & Emery
　　　　　　　　　　　　　　　　28 State Street
　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　(617) 535-4000

Dated:　　April 19, 2003

BST99 1404471-1.051618.0015