UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BROOKE K. WHITMAN, Individually and as )
Mother and Next Friend of SAMANTHA KATE )
WHITMAN, a minor, and JOEL WHITMAN, )
Individually, )
)
    Plaintiffs, )
)
v. )    C.A. No. 03-CV-12543RGS
)
AUTOMATIC DATA PROCESSING, INC. AND )
CHANNEL ONE COMMUNICATIONS )
CORPORATION, d/b/a CHANNEL ONE )
NETWORK, )
)
    Defendants. )

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action on behalf of defendant Channel One Communications.

Ann M. Donovan
BBO # 552819
Law Office of Ann M. Donovan
1087 Beacon Street
Suite 204
Newton, MA 02459
Telephone: (617) 965-3222
Facsimile: (617) 965-1069

Dated: April 15, 2004