UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN -4 A 11: 26

U.S. DISTRICT COURT
DISTRICT OF MASS

BROOKE K. WHITMAN, Individually and as )
Mother and Next Friend of SAMANTHA KATE )
WHITMAN, a minor, and JOEL WHITMAN, )
Individually, )
)
    Plaintiffs, )
)
v. )   C.A. No. 03-CV-12543RGS
)
AUTOMATIC DATA PROCESSING, INC. AND )
CHANNEL ONE COMMUNICATIONS )
CORPORATION, d/b/a CHANNEL ONE )
NETWORK, )
)
    Defendants. )

## DEFENDANT CHANNEL ONE COMMUNICATIONS CORPORATION'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (d) (3)

Pursuant to Local Rule 16.1 (d) (3), Ann M. Donovan, Esquire, and Channel One Communications Corporation certify that they have conferred:

(a)    with a view to establishing a budget for costs of conducting the full course, and various alternative courses, of this litigation; and

(b)    to consider the resolution of this case through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| Defendant<br>Channel One Communications Corp.<br>By its Duly Authorized Representative<br><br>*/s/ Jennifer H. Shurdut*<br>Jennifer H. Shurdut<br>Associate General Counsel<br>PRIMEDIA Inc.<br>745 Fifth Avenue<br>New York, New York 10151<br>Telephone: (212) 745-1281<br>Facsimile: (212) 745-0131 | Defendant<br>Channel One Communications Corporation<br>By its attorney,<br><br>*/s/ Ann M. Donovan*<br>Ann M. Donovan<br>BBO # 552819<br>Law Office of Ann M. Donovan<br>1087 Beacon Street<br>Suite 204<br>Newton, MA 02459<br>Telephone:  (617) 965-3222<br>Facsimile:  (617) 965-1069 |

Dated: May 25, 2004

## CERTIFICATE OF SERVICE

I, Ann M. Donovan, do hereby certify that on this day I served a copy of the foregoing by first class mail, postage prepaid on the following:

Norman J. Fine, Esquire
Robert Anderson, Esquire
Norman J. Fine, P.C.
200 State Street--3 North
Boston, MA 02109

Paul R. DeRensis, Esquire
Robert D. Hillman, Esquire
Deutsch Williams Brooks DeRensis & Holland, P.C.
99 Summer Street
Boston, MA 02110

Date: May 25, 2004

*/s/ Ann M. Donovan*
Ann M. Donovan

2