BROOKE K. WHITMAN, Individually and )
as Mother and Next Friend of SAMANTHA )
KATE WHITMAN, a minor, and JOEL ) Civil Action No.
WHITMAN, Individually ) 03-CV-12543RGS
)
      Plaintiffs )
)
vs. )
)
AUTOMATIC DATA PROCESSING, INC., )
CHANNEL ONE COMMUNICATIONS )
CORPORATION, d/b/a CHANNEL ONE )
NETWORK, and PRIMEDIA, INC. )
)
      Defendants )
)
)

### PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES, IN ACCORDANCE WITH THE COURT ORDER DATED MARCH 22, 2004

The plaintiffs now make the following Designation of Expert Witnesses, in accordance with the Court Order of March 22, 2004, which occurred at the Rule 16.1 Scheduling Conference.

### Designation

1) The Plaintiffs expect to call Deborah A. Farber, R.N., of Hingham, Massachusetts. Ms. Farber is a certified nurse practitioner in the field of mental health and practices psychotherapy in Hingham. She is expected to testify that she treated Brooke Whitman for anxiety and depression following the birth of her daughter, Samantha, on January 15, 2001, for a period of about 7-8 months, and that she prescribed Zoloft, a psychotropic medication, for her, during that time. She is also expected to describe her patient's condition during that time, as

well as her evaluation of her, and the treatment rendered to her, and to state that the actions of the IRS in or about October 13, 2000, when it levied on her patient's property, were a substantial factor in causing her patient's post-partum depression and the need for that treatment, and that if the actions of the defendants, either or both of them, caused the IRS's actions, then the defendants' actions were a substantial factor in causing Brooke Whitman's post-partum depression.

2) The Plaintiffs expect to call Michael D. House, M.D., Tufts New England Medical Center, 750 Washington Street, Boston, Massachusetts, at trial, whose expertise is in Obstetrics/Gynecology and Maternal & Fetal Medicine. Dr. House is expected to testify that after the birth of Brooke Whitman's premature baby, Samantha, on January 15, 2001, at New England Medical Center Hospital in Boston, the post-partum depression that Ms. Whitman suffered from, for which she was treated by mental health professionals and placed on psychotropic medications, was caused in substantial part by the pre-delivery depression, stress and anxiety that she suffered following the IRS's placing a levy on her property on or about October 13, 2000; that depression, stress and anxiety are markers for post-partum depression; that the actions of the IRS were a substantial factor in causing her post-partum depression; and that if the actions of the defendants, either or both of them, caused the IRS's actions, then the defendants' actions were a substantial factor in causing Brooke Whitman's post-partum depression.

3) The Plaintiffs expect to call Edward Luchansky, M.D., Bridgeport Hospital, Bridgeport, Connecticut, currently the Director of the Ob-Gyn Residency Program at Bridgeport Hospital. Dr. Luchansky's expertise is in the field of Obstetrics and Gynecology. Dr. Luchansky is expected to testify that after the birth of Brooke Whitman's premature baby,

partum depression that Ms. Whitman suffered from, for which she was treated by mental health professionals and placed on psychotropic medications, was caused in substantial part by the pre-delivery depression, stress and anxiety that she suffered following the IRS's placing a levy on her property on or about October 13, 2000; that depression, stress and anxiety are markers for post-partum depression; that the actions of the IRS were a substantial factor in causing her post-partum depression; and that if the actions of the defendants, either or both of them, caused the IRS's actions, then the defendants' actions were a substantial factor in causing Brooke Whitman's post-partum depression.

    4) The Plaintiffs expect to call Sidney Zisook, M.D., Professor of Psychiatry, School of Medicine, University of California at San Diego (UCSD), who is currently the Chairman of Ambulatory Psychiatry and Director of the Residency Program in Psychiatry at UCSD. Bridgeport Hospital, Bridgeport, Connecticut, currently the Director of the Ob-Gyn Residency Program at Bridgeport Hospital. Dr. Zisook is expected to testify that after the birth of Brooke Whitman's premature baby, Samantha, on January 15, 2001, at New England Medical Center Hospital in Boston, the post-partum depression that Ms. Whitman suffered from, for which she was treated by mental health professionals and placed on psychotropic medications, was caused in substantial part by the pre-delivery depression, stress and anxiety that she suffered following the IRS's placing a levy on her property on or about October 13, 2000; that depression, stress and anxiety are markers for post-partum depression; that the actions of the IRS were a substantial factor in causing her post-partum depression; and that if the actions of the defendants, either or both of them, caused the IRS's actions, then the defendants' actions were a substantial factor in causing Brooke Whitman's post-partum depression.

Plaintiffs,
By Their Attorneys,

Dated: 8/16/04

Norman J. Fine, Esq. (BBO #165280)
Robert Anderson, Esq. (BBO #018520)
NORMAN J. FINE, P.C.
200 State Street - 3 North
Boston, MA 02109
(617) 345-0000

I certify that on this day, I am sending copies of this document to all counsel, by FAX, and also by first class mail, postage prepaid.

Date: 8/16/04

Norman J. Fine, Esq