UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BROOKE K. WHITMAN, Individually and as Mother and Next Friend of SAMANTHA KATE WHITMAN, a minor, and JOEL WHITMAN, Individually<br><br>　　　　　Plaintiffs<br><br>vs.<br><br>AUTOMATIC DATA PROCESSING, INC., CHANNEL ONE COMMUNICATIONS CORPORATION, d/b/a CHANNEL ONE NETWORK, and PRIMEDIA, INC.<br><br>　　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br>03-CV-12543RGS |

**PARTIES' REVISED DISCOVERY SCHEDULE**

Now come the parties and pursuant to the Order of the Court dated September 28, 2004, hereby state the Revised Schedule for Discovery in this matter:

| | |
|---|---|
| Medical records, reports and bills from plaintiff's experts: | 11/15/04 |
| Written discovery served by all parties: | 12/01/04 |
| Depositions of plaintiff's experts: | 01/15/05 |
| Defendants to designate experts: | 01/31/05 |
| Depositions of defendants' experts: | 02/28/05 |
| Non-expert depositions: | 05/27/05 |
| Dispositive Motions filed: | 06/17/05 |

Dated: 10/12/04

The Plaintiff,
By Her Attorneys,

*/s/ Norman J. Fine*

Norman J. Fine, Esq. (BBO #165280)
Robert Anderson, Esq. (BBO #018520)
NORMAN J. FINE, P.C.
200 State Street - 3 North
Boston, MA 02109
(617) 345-0000


The Defendant, Automated Data Processing, Inc.
By Its Attorney,

*/s/ Robert D. Hillman* NF per auth.

Robert D. Hillman, Esq. (BBO #552637)
DEUTSCH WILLIAMS BROOKS,
DeRENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300


The Defendant, Channel One
Communications Corporation,
By Its Attorney,

*/s/ Ann M. Donovan* NF per auth.

Ann M. Donovan, Esq. (BBO #552819)
LAW OFFICES, ANN M. DONOVAN
1087 Beacon Street - Suite 204
Newton, MA 02459
(617) 535-4000

-2-