References
Top
Abstract
Materials and Methods
Results
Discussion
References
1. Roberts J, Redman C. Preeclampsia: More than pregnancy-induced hypertension. Lancet 1993;341:1447–50.[Medline]

2. O'Brien W. Predicting preeclampsia. Obstet Gynecol 1990;76: 731–2.[Medline]

3. Schobel H, Fischer T, Heuszer K, Geiger H, Schmieder R. Preeclampsia - A state of sympathetic overactivity. N Engl J Med 1996;335:1480–5.[Abstract/Free Full Text]

4. Lewinsky R, Riskin-Mashiah S. Autonomic imbalance in preeclampsia: Evidence for increased sympathetic tone in response to the supine-pressor test. Obstet Gynecol 1998;91:935–9.[Abstract/Free Full Text]

5. Klonoff-Cohen H, Cross J, Pieper C. Job stress and preeclampsia. Epidemiology 1996;7:245–9.[Medline]

6. Wergeland E, Strand K. Working conditions and prevalence of preeclampsia. Int J Gynaecol Obstet 1997;58:189–96.[Medline]

7. Nisell H, Larsson G, Wager J. The relation between life stress and hypertensive complications during pregnancy. Acta Obstet Gynecol Scand 1989;68:423–7.[Medline]

8. The Social Insurance Institution. Coping as the target of social policy. Studies in Social Security and Health, Helsinki, Finland, 1995.

9. Hänninen V, Aro H. Sex differences in coping and depression among young adults. Soc Sci Med 1996;43:1453–60.[Medline]

10. Beck A, Beck R. Screening depressed patients in family practice. A rapid technic. Postgrad Med 1972;52:81–5.

11. Beck A, Rial W, Rickels K. Short form of depression inventory: Crossvalidation. Psychol Rep 1974;34:1184–6.[Medline]

12. Beck A, Steer R, Garbin M. Psychometric properties of the Beck Depression Inventory: Twenty-five years of evaluation. Clin Psychol Rev 1988;8:77–100.

13. Holcomb W Jr, Stone L, Lustman P, Gavard J, Mostello D. Screening for depression in pregnancy: Characteristics of the Beck Depression Inventory. Obstet Gynecol 1996;88:1021–5.[Abstract/Free Full Text]

14. Beck A, Ward C, Mendelson M, Mock J, Erbaugh J. An inventory for measuring depression. Arch Gen Psychiatry 1961;4:561–71.[Medline]

15. American Psychiatric Association. Diagnostic and statistical manual of mental disorders. 4th ed. (DSM-IV). Washington DC: American Psychiatric Association, 1994.

16. Raitasalo R, Notkola V. Screening of mental health disorders among farmers and occupational health care. J Soc Med 1987;24: 232–41.

17. Kurki T, Sivonen A, Renkonen O-V, Savia E, Ylikorkala O. Bacterial vaginosis in early pregnancy and pregnancy outcome. Obstet Gynecol 1992;80:173–7.[Abstract]

18. Jarrahi-Zadeh A, Kane F Jr, Van de Castle R, Lachenbruch P, Ewing J. Emotional and cognitive changes in pregnancy and early puerperium. Br J Psychiatry 1969;115:797–805.[Medline]

19. Cox J. Psychiatric morbidity and pregnancy: A controlled study of 263 semi-rural Ugandan women. Br J Psychiatry 1979;134:401–5.[Abstract]

20. Piyasil V. Anxiety and depression in teenage mothers: A comparative study. J Med Assoc Thai 1998;81:125–9.[Medline]

21. Raskin V, Richman J, Gaines C. Patterns of depressive symptoms in expectant and new parents. Am J Psychiatry 1990;147:658–60.[Abstract]

22. Orpana K, Avela K, Ranta V, Viinikka L, Ylikorkala O. The calcium-dependent oxide production of human vascular endothelial cells in preeclampsia. Am J Obstet Gynecol 1996;174:1056–60.[Medline]

23. Teixeira J, Fisk N, Glover V. Association between maternal anxiety in pregnancy and increased uterine artery resistance index: cohort based study. BMJ 1999;318:153–7.[Abstract/Free Full Text]

24. Sacks G, Studena K, Sargent K, Redman C. Normal pregnancy and preeclampsia both produce inflammatory changes in peripheral blood leukocytes akin to those of sepsis. Am J Obstet Gynecol 1998;179:80–6.[Medline]

25. Walker J. Antioxidants and inflammatory cell response in preeclampsia. Semin Reprod Endocrinol 1998;16:47–55.[Medline]

26. Hillier S, Nugent R, Eschenbach D, Krohn M, Gibbs R, Martin D, et al. Association between bacterial vaginosis and preterm delivery of low-birth-weight infant. The vaginal


infections and prematurity study group. N Engl J Med 1995;333:1737–42.[Abstract/Free Full Text]

27. Knuist M, Bonsel G, Zondervan H, Treffers P. Risk factors for preeclampsia in nulliparous women in distinct ethnic groups: A prospective cohort study. Obstet Gynecol 1998;92:174–8.[Abstract/Free Full Text]

28. Séguin L, Potvin L, St.-Denis M, Loiselle J. Chronic stressors, social support, and depression during pregnancy. Obstet Gynecol 1995; 85:583–9.[Abstract/Free Full Text]

29. Paarlberg K, Vingerhoets A, Passchier J, Dekker G, Van Geijn H. Psychosocial factors and pregnancy outcome: A review with emphasis on methodological issues. J Psychosom Res 1995;39:563–95.[Medline]

30. Wadhwa P, Dunkel-Schetter C, Chicz-DeMet A, Porto M, Sandman C. Prenatal psychosocial factors and the neuroendocrine axis in human pregnancy. Psychosom Med 1996;58:432–46.[Abstract]

31. Sandman C, Wadhwa P, Chicz-DeMet A, Dunkel-Schetter C, Porto M. Maternal stress, HPA activity, and fetal/infant outcome. Ann NY Acad Sci 1997;814:266–75.[Abstract]

32. Potter W, Manji H. Catecholamines in depression: An update. Clin Chem 1994;40:279–87.[Abstract]

33. Sullivan P, Schoentgen S, DeQuattro V, Procci W, Levine D, Van-der-Meulen J, et al. Anxiety, anger, and neurogenic tone at rest and in stress in patients with primary hypertension. Hypertension 1981;3:119–23.[Abstract]

This article has been cited by other articles:

I. B. Ahluwalia, K. A. Mack, and A. Mokdad
Mental and Physical Distress and High-Risk Behaviors Among Reproductive-Age Women
Obstet. Gynecol., September 1, 2004; 104(3): 477 - 483.
[Abstract] [Full Text] [PDF]

----------------------------------------------------------------

L. Andersson, I. Sundstrom-Poromaa, M. Wulff, M. Astrom, and M. Bixo
Implications of Antenatal Depression and Anxiety for Obstetric Outcome
Obstet. Gynecol., September 1, 2004; 104(3): 467 - 476.
[Abstract] [Full Text] [PDF]

----------------------------------------------------------------

H. A. Bennett, A. Einarson, A. Taddio, G. Koren, and T. R. Einarson
Prevalence of Depression During Pregnancy: Systematic Review
Obstet. Gynecol., April 1, 2004; 103(4): 698 - 709.
[Abstract] [Full Text] [PDF]

----------------------------------------------------------------

T. Saisto, K. Salmela-Aro, J.-E. Nurmi, T. Kononen, and E. Halmesmaki
A Randomized Controlled Trial of Intervention in Fear of Childbirth
Obstet. Gynecol., November 1, 2001; 98(5): 820 - 826.
[Abstract] [Full Text] [PDF]

----------------------------------------------------------------

M. D. MCKEE, M. CUNNINGHAM, K. R. B. JANKOWSKI, and L. ZAYAS
Health-Related Functional Status in Pregnancy: Relationship to Depression and Social Support in a Multi-Ethnic Population
Obstet. Gynecol., June 1, 2001; 97(6): 988 - 993.
[Abstract] [Full Text] [PDF]

----------------------------------------------------------------

T. K. Sorensen, M. A. Williams, I-M. Lee, E. E. Dashow, M. L. Thompson, and D. A. Luthy
Recreational Physical Activity During Pregnancy and Risk of Preeclampsia
Hypertension, June 1, 2003; 41(6): 1273 - 1280.
[Abstract] [Full Text] [PDF]

----------------------------------------------------------------------------

R. H. Kelly, J. Russo, V. L. Holt, B. H. Danielsen, D. F. Zatzick, E. Walker, and W. Katon
Psychiatric and Substance Use Disorders as Risk Factors for Low Birth Weight and Preterm Delivery
Obstet. Gynecol., August 1, 2002; 100(2): 297 - 304.
[Abstract] [Full Text] [PDF]

----------------------------------------------------------------------------

V. Hendrick and L. Altshuler
Management of Major Depression During Pregnancy
Am. J. Psychiatry, October 1, 2002; 159(10): 1667 - 1673.
[Full Text] [PDF]

----------------------------------------------------------------------------

D. A. Oren, K. L. Wisner, M. Spinelli, C. N. Epperson, K. S. Peindl, J. S. Terman, and M. Terman
An Open Trial of Morning Light Therapy for Treatment of Antepartum Depression
Am. J. Psychiatry, April 1, 2002; 159(4): 666 - 669.
[Abstract] [Full Text] [PDF]

---

A. Einarson, B. Fatoye, M. Sarkar, S. V. Lavigne, J. Brochu, C. Chambers, P. Mastroiacovo, A. Addis, D. Matsui, L. Schuler, T. R. Einarson, and G. Koren
Pregnancy Outcome Following Gestational Exposure to Venlafaxine: A Multicenter Prospective Controlled Study
Am. J. Psychiatry, October 1, 2001; 158(10): 1728 - 1730.
[Abstract] [Full Text] [PDF]

---

This Article

  Abstract
  Full Text (PDF)
  Alert me when this article is cited
  Alert me if a correction is posted

Services

  Similar articles in this journal
  Similar articles in PubMed
  Alert me to new issues of the journal
  Download to citation manager

PubMed

  PubMed Citation
  Articles by KURKI, T.
  Articles by YLIKORKALA, O.