# References

1. Y. Rofé and J. Goldberg , Prolonged exposure to a war environment and its effects on the blood pressure of pregnant women. *Br. J. Med. Psychol.* **56** (1983), pp. 305–311.

2. S. Marcoux, J. Brisson and J. Fabia , The effect of leisure time physical activity on the risk of preeclampsia and gestational hypertension. *J. Epidemiol. Community Health* **43** (1989), pp. 147–152.

3. M. Klebanoff, P.H. Shiono and G.G. Rhoads , Outcome of pregnancy in the national sample of resident physicians. *N. Engl. J. Med.* **323** (1990), pp. 1040–1045.

4. B. Eskenazi, L. Fenster and S. Sidney , A multivariate analysis of risk factors for preeclampsia. *JAMA* **266** (1991), pp. 237–241.

5. M.J. Saurel-Cubizolles, M. Kaminski, C. Du Mazaubrun, J. Llado and M. Estryn-Behar , High blood pressure during pregnancy and working conditions among hospital personnel. *Eur. J. Obstet. Gynecol. Reprod. Biol.* **40** (1991), pp. 29–34 doi: 0028-2243/91 . Abstract | **Full Text + Links** | PDF (583 K)

6. P.A. Landsbergis and M.C. Hatch , Psychosocial work estresse and pregnancy-induced hypertension. *Epidemiology* **7** (1996), pp. 346–351.

7. H.S. Klonoff-Cohen, J.L. Cross and C.F. Piper , Job stress and preeclampsia. *Epidemiology* **7** (1996), pp. 245–249.

8. E. Wergeland and K. Strand , Working conditions and prevalence of pre-eclampsia, Norway 1989. *Int. J. Gynecol. Obstet.* **58** (1997), pp. 189–196 Doi: PII S0020-7292(97)00083-0 . Abstract | **Full Text + Links** | PDF (687 K)

9. S. Marcoux, S. Bérubé, C. Brisson and M. Mondor , Job strain and pregnancy-induced hypertension. *Epidemiology* **10** (1999), pp. 376–382.

10. E. Van Beck and L.L. Peeters , Pathogenesis of preeclampsia: a comprehensive model [Review] . *Obstet. Gynecol. Surv.* **53** (1998), pp. 233–239.

11. L.C. Chesley , History and epidemiology of preeclampsia–eclampsia. *Clin. Obstet. Gynecol.* **27** (1984), pp. 801–820.

12. A.F. Saftlas, D.R. Olson, A.L. Franks, H.K. Atrash and R. Pokras , Epidemiology of preeclampsia and eclampsia in the United States, 1979–1986 [see comments]. *Am. J. Obstet. Gynecol.* **163** (1990), pp. 460–465 doi:10.1067/mob.1990.22023 .

13. J.C.H. Dunlop , Chronic hypertension and perinatal mortality. *Proc. R. Soc. Med.* **59** (1966), pp. 838–841.

14. P. Velentgas, E. Benga De and M.A. Williams, Chronic hypertension, pregnancy-induced hypertension, and low birthweight. *Epidemiology* **5** (1994), pp. 345–348.

15. M.Z. Ansari, B.A. Mueller and M.A. Krohn, Epidemiology of eclampsia. *Eur. J. Epidemiol.* **11** (1995), pp. 447–451.

16. N.M. Kaplan, Systemic hypertension: mechanism and diagnosis. In: E. Braunwald, Editor, *Heart Disease: A Textbook of Cardiovascular Medicine* (4th Edn. ed.),, WB Saunders Company, Philadelphia (1992), pp. 817–851.

17. T.W. Wilson, L.R. Holifield and C.E. Grim, Systolic blood pressure levels in black populations in sub-Sahara Africa, the West Indies and United States. A meta-analysis. *Hypertension* **18** (1991), pp. 187–191.

18. Intersalt cooperative research group. Intersalt: An international study of electrolyte excretion and blood pressure. Results for 24 hour urinary sodium and potassium excretion. *Br Med J* 1988;297:319–328.

19. O.O. Akinkugbe, World epidemiology of hypertension in blacks. *J. Clin. Hypertens.* **3** (1987), pp. 1S–8S.

20. C.E. Grim, J.P. Henry and H. Myers, High blood pressure in blacks: salt, slavery, survival, stress, and racism. In: J.H. Laragh and B.M. Brenner, Editors, *Hypertension – Pathophysiology, Diagnosis and Management* (2nd Edn. ed.),, Raven Press, New York (1995), pp. 171–207.

21. D.R. Jacobs, Jr., H. Adachi, I. Mulder, D. Kromhout, A. Menotti, A. Nissinen and H. Blackburn, Cigarette smoking and mortality risk: twenty-five-year follow-up of the Seven Countries Study. *Arch. Intern. Med.* **159** 7 (1999), pp. 733–740.

22. H.S. Ros, S. Cnattingius and L. Lipworth, Comparison of risk factors for preeclampsia and gestational hypertension in a population-based cohort study. *Am. J. Epidemiol.* **147** (1998), pp. 1062–1070.

23. S. Cnattingius, J.I. Mills, J. Yuen, O. Eriksson and H. Salonen, The paradoxical effect of smoking in preeclamptic pregnancies: smoking reduces the incidence but increases the rates of perinatal mortality, abruptio placentae, and intrauterine growth restriction. *Am. J. Obstet. Gynecol.* **177** (1997), pp. 156–161 doi:10.1067/mob.1997.81734.

24. S. Schachter, Pharmacological and psychological determinants of smoking: a New York University honors program lecture. *Ann. Int. Med.* **88** (1978), pp. 104–114.

25. K. Wesnes and D.M. Warburton, Smoking, nicotine and human performance. *Pharmacol. Ther.* **21** (1983), pp. 189–208. Abstract | **Abstract + References** | PDF (1795 K)

26. J.D. Killen, S.P. Fortmann, M.J. Telch and B. Newman, Are heavy smokers different from light smokers? A comparison after 48 hours without cigarettes. *JAMA* **260** (1988), pp. 1581–1585.

27. J.M. Roberts, R.N. Taylor, T.J. Musci, G.M. Rodgers, C.A. Hubel and M.K. Mclaughlin, Preeclampsia: an endothelial cell disorder. *Am. J. Obstet. Gynecol.* **161** (1989), pp. 1200–1204 doi:10.1067/mob.1998.13998.

28. N.H. Takiuti, S. Kahhale and M. Zugaib, Stress in pregnancy: a new Wistar rat model for human preeclampsia. *Am. J. Obstet. Gynecol.* **186** (2002), pp. 544–550 doi:10.1067/mob.2002.121102. Abstract | PDF (61 K)

29. T.R. Easterling, T.F. Benedetti, B.C. Schmucker and S.P. Millard, Maternal hemodynamics in normal and preeclamptic pregnancies: a longitudinal study. *Obstet. Gynecol.* **76** (1990), pp. 1061–1069.

30. S.G. Li, D.C. Randall and D.R. Brown, Roles of cardiac output and peripheral resistance in mediating blood pressure response to stress in rats. *Am. J. Physiol.* **274** (1998), pp. R1065–R1069 doi:0363-6119/98.

31. T.R. Easterling and T.J. Benedetti, Preeclampsia: a hyperdynamic disease model. *Am. J. Obstet. Gynecol.* **160** (1989), pp. 1447–1453.

32. H.P. Schobel, T. Fischer, K. Heuszer, H. Geiger and R.E. Schmieder, Preeclampsia – A state of sympathetic overactivity. *N. Engl. J. Med.* **335** (1996), pp. 1480–1485.

33. N. Kanayama, R. Tsujimura, L. She, K. Maehara and T. Terao, Cold-induced stress stimulates the sympathetic nervous system, causing hypertension and proteinuria in rats. *J. Hypertens.* **15** (1997), pp. 383–389.

34. S. Khatun, N. Kanayama, H.M. Belayet, M. Masui, M. Sugimura, T. Kobayashi and T. Terao, Induction of preeclampsia like phenomena by stimulation of sympathetic nerve with cold and fasting stress. *Eur. J. Obstet. Gynecol. Reprod. Biol.* **86** (September 1999), pp. 89–97 doi:S0301-2115 (99)00050-0. Abstract | **Full Text + Links** | PDF (1969 K)

35. C. Darwin, On the Origin of Species by Means of Natural Selection., Murray, Londres (1859).

36. I.T. Manyonda, D.M. Slater, C. Fenske, D. Hole, M.Y. Choy and C. Wilson, A role for noradrenaline in pre-eclampsia: towards a unifying hypothesis for the pathophysiology. *Br. J. Obstet. Gynaecol.* **105** (1998), pp. 641–648.

37. A.V. Perkins, E.A. Linton, F. Eben, J. Simpson, C.D. Wolfe and C.W. Redman, Corticotrophin-releasing hormone and corticotrophin-releasing hormone binding protein in normal and pre-eclamptic human pregnancies. *Br. J. Obstet. Gynaecol.* **102** (1995), pp. 118–122.

38. C.A. Liapi, D.E. Tsakalia, C.C. Panitsa Faflia, A.I. Antsaklis, D.I. Aravantinos and M.L. Batrinos, Corticotropin-releasing-hormone levels in pregnancy-induced hypertension. *Eur. J. Obstet. Gynecol. Reprod. Biol.* **68** (1996), pp. 109–114 doi: S0301-2115(96)02508-0 . Abstract | PDF (387 K)

☐Corresponding author. *Correspondence to:* **Nilton Hideto Takiuti** MD, PhD, Rua Francisco Leitão, 469, conjunto 1109, Jardins, São Paulo-SP, Brazil, CEP: 05414-020. Phone: +55-11-3069-6209; Tel./Fax: +55-11-3064-5931

**Medical Hypotheses**
Volume 60, Issue 3, March 2003, Pages 328-331

**This Document**

- SummaryPlus
- **Full Text + Links**
  - Full Size Images
- PDF (89 K)

**Actions**

- E-mail Article

Copyright © 2004 Elsevier B.V. All rights reserved. ScienceDirect® is a registered trademark of Elsevier B.V.