UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BROOKE K. WHITMAN, | ) | Civil Action No. |
| | ) | 03-CV-12543RGS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AUTOMATIC DATA PROCESSING, INC., | ) | |
| CHANNEL ONE COMMUNICATIONS | ) | |
| CORPORATION, d/b/a CHANNEL ONE | ) | |
| NETWORK, and PRIMEDIA, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), of the Federal Rules of Civil Procedure, the parties hereby

stipulate to the dismissal of the above-captioned, each party to bear its own costs and waiving all

rights of appeal.

AUTOMATIC DATA PROCESSING, INC.,          CHANNEL ONE COMMUNICATIONS,
                                          CORPORATION d/b/a CHANNEL ONE
                                          NETWORK,

By its attorneys,                         By their attorney,


/s/ *Robert D. Hillman*                   /s/ *Ann M. Donovan*

_____          _____
Paul R. DeRensis, BBO #121000             Ann M. Donovan, Esq.
Robert D. Hillman, BBO #552637            Law Offices of Ann M. Donovan
DEUTSCH WILLIAMS BROOKS                    1087 Beacon Street – Suite 204
    DeRENSIS & HOLLAND P.C.                Newton, MA 02459
99 Summer Street
Boston, MA 02110-1235
(617) 951-2300

BROOKE K. WHITMAN,

By her attorneys,


/s/ *Norman J. Fine*

_____

Norman J. Fine, Esq.
NORMAN J. FINE, P.C.
Marketplace Center
200 State Street
Boston, MA  02109


/s/ *Robert Anderson*

_____

Robert Anderson, Esq.
The Anderson Law Firm
3333 Camino Del Rio South
Suite # 220
San Diego, CA 92108


Date:  June 8, 2005



DWLIB 181639v1
101/18